BUCKEYE UNION INSURANCE COMPANY, APPELLEE, *v.* VOSS; CITY OF CHEVIOT, APPELLANT.

WEST AMERICAN INSURANCE COMPANY, APPELLEE, *v.* PRYOR; CITY OF CINCINNATI, APPELLANT.

BUCKEYE UNION INSURANCE COMPANY, APPELLEE, *v.* ADAMS; CITY OF CINCINNATI, APPELLANT.

BESECKER; MIDWESTERN GROUP, APPELLEE, *v.* TOLBERT; CITY OF CINCINNATI, APPELLANT.

LUEBBE; SAFECO INSURANCE COMPANY, APPELLEE, *v.* DANIELS; CITY OF CINCINNATI, APPELLANT.

[Cite as Buckeye Union Ins. Co. *v.* Voss (1990), 51 Ohio St. 3d 97.]

(No. 90-52—Submitted March 27, 1990—Decided May 23, 1990.)

*Eugene M. Gelfand* and *Timothy L. Timmel,* for appellant city of Cheviot.

*Richard A. Castellini,* city solicitor, and *Karl P. Kadon III,* for appellant city of Cincinnati.

*Per Curiam.* The court of appeals, finding its judgment to be in conflict with the judgment of the Court of Appeals for Cuyahoga County in *State Farm Mut. Auto. Ins. Co.* v. *Keefe* (July 20, 1989), Cuyahoga App. No. 57035, unreported, the judgment of the Court of Appeals for Franklin County in *Grange Mut. Cas. Co.* v. *Columbus* (1989), 49 Ohio App. 3d 50, 550 N.E. 2d 524, and the judgment of the Court of Appeals for Montgomery County in *York* v. *Dayton* (Dec. 29, 1988), Montgomery App. No. CA 10953, unreported, certified the record of the cause to this court for review and final determination.

The judgment of the court of appeals is reversed on authority of *Menefee* v. *Queen City Metro* (1990), 49 Ohio St. 3d 27, 550 N.E. 2d 181.

*Judgment reversed.*

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur. .